**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York
Tel (212) 228-9795 • Fax (212) 9
NYJG@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/5/2023__

April 4, 2023

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re: *Jackson v. Lightopia, LLC,*
       Case No.: 1:23-cv-953

Dear Judge Torres,

  The undersigned represents Sylinia Jackson, on behalf of herself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against Lightopia, LLC, ("Defendant"). The undersigned respectfully requests that the deadline to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by April 5, 2023 (Dkt. 7) be adjourned for 30 days because I was recently hospitalized and recovering from the hospitalization and therefore I have not had a chance to meet and confer with Counsel for the Defendant. I sincerely apologize for the lateness of this request and will adhere to all scheduling deadlines going forward. This is the Plaintiff's first request for an extension

  We thank the Court for its time and attention in this matter.

                  Respectfully submitted,

                  **GOTTLIEB & ASSOCIATES**

---

GRANTED. By **May 5, 2023**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 5, 2023
   New York, New York

                  ANALISA TORRES
                  United States District Judge