UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SYLINIA JACKSON, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

v.

LIGHTOPIA, LLC,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.: 1:23-cv-0953

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, SYLINIA JACKSON, and Defendant, LIGHTOPIA, LLC, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       May 10, 2023

| **GOTTLIEB & ASSOCIATES** | **O'HAGAN MEYER** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| _____ | _____ |
| Jeffrey M. Gottlieb, Esq. | Ryan T. Benson, Esq. |
| 150 East 18th Street, Suite PHR | One E Wacker, Suite 3400 |
| New York, NY 10003 | Chicago, IL 60601 |
| Phone: (212) 228-9795 | Phone: (312) 422-6100 |